NEM:DJM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------X

UNITED STATES OF AMERICA

- against -

ERICK NTEKEREZE PRINCE,
    also known as "Eric Prince"

            Defendant.

------------------------------X

REMOVAL TO THE SOUTHERN DISTRICT OF FLORIDA

(Fed. R. Crim. P. 5)

Case No. 25-MJ-17

EASTERN DISTRICT OF NEW YORK, SS:

        Kirk Gidden, being duly sworn, deposes and states that he is a Special Agent with the Federal Bureau of Investigation ("FBI"), duly appointed according to law and acting as such.

        On or about January 21, 2025, the United States District Court for the Southern District of Florida issued a warrant for the arrest of the defendant ERICK NTEKEREZE PRINCE, also known as "Eric Prince," for violating Title 18, United States Code, Sections 371 (Conspiracy to Damage a Protected Computer), 1349 (Conspiracy to Commit Wire Fraud and Mail Fraud), 1956(h) (Conspiracy to Commit Money Laundering), and 1028(a)(2) and (f) (Conspiracy to Transfer False Identification Documents).

        The source of your deponent's information and the grounds for his belief are as follows:[1]

        1.    On or about January 21, 2025, a grand jury sitting in the Southern District of Florida returned an indictment (the "Indictment") charging the defendant ERICK NTEKEREZE

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

PRINCE with violating Title 18, United States Code, Sections 371 (Conspiracy to Damage a Protected Computer), 1349 (Conspiracy to Commit Wire Fraud and Mail Fraud), 1956(h) (Conspiracy to Commit Money Laundering), and 1028(a)(2) and (f) (Conspiracy to Transfer False Identification Documents).  A true and correct copy of the Indictment is attached as Exhibit A.

       2.     In connection with the Indictment, on or about January 21, 2025, the United States District Court for the Southern District of Florida issued an arrest warrant for the defendant ERICK NTEKEREZE PRINCE (the "Arrest Warrant").  A true and correct copy of the Arrest Warrant is attached as Exhibit B.

       3.     On or about January 22, 2025, law enforcement agents arrested the defendant ERICK NTEKEREZE PRINCE at John F. Kennedy International Airport ("JFK Airport") in Queens, New York, pursuant to the Arrest Warrant.  ERICK NTEKEREZE PRINCE had flown to JFK Airport from Paris, France.

       4.     Upon landing at JFK Airport, and during his subsequent arrest, FBI agents recovered a New York State driver's license from the defendant ERICK NTEKEREZE PRINCE that had the same name and date of birth of the ERICK NTEKEREZE PRINCE wanted in the Southern District of Florida.  The defendant ERICK NTEKEREZE PRINCE also had in his possession a United States passport with a name and date of birth that matched the name and date of birth of the ERICK NTEKEREZE PRINCE wanted in the Southern District of Florida.  Law enforcement agents compared the physical appearance of the defendant ERICK NTEKEREZE PRINCE to the photograph on the United States passport and to a photograph in the investigative file prepared by law enforcement agents that depicts the person who is wanted in the Southern District of Florida and observed that the defendant ERICK NTEKEREZE PRINCE appeared to be the same person depicted in the photographs.

5. Based on the foregoing, I submit that there is probable cause to believe that the defendant is the ERICK NTEKEREZE PRINCE wanted in the Southern District of Florida.

WHEREFORE, your deponent respectfully requests that the defendant ERICK NTEKEREZE PRINCE be removed to the Southern District of Florida so that he may be dealt with according to law.

_____
Kirk Gidden
Special Agent
Federal Bureau of Investigation

Sworn to before me this
23rd day of January, 2025

_____
THE HONORABLE VERA M. SCANLON
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK