# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

CJA-23 (Rev 3/21)

**IN THE UNITED STATES** ☑ DISTRICT COURT ☐ COURT OF APPEALS ☐ OTHER (Specify Below)

**IN THE CASE OF** United States v. Ntekereze Prince

FOR: AT:

LOCATION NUMBER:

**PERSON REPRESENTED** (Show your full name): Erick Ntekereze Prince

1 ☑ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Supervised Release Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

**DOCKET NUMBERS**
Magistrate Judge:
District Court:
Court of Appeals:

**CHARGE/OFFENSE** (Describe if applicable & check box→) ☑ Felony ☐ Misdemeanor
Title 18 U.S.C. § 371

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOYMENT**
- Do you have a job? ☑ Yes ☐ No
- IF YES, how much do you earn per month? 2,000
- Will you still have a job after this arrest? ☑ Yes ☐ No ☐ Unknown

**PROPERTY** — Do you own any of the following, and if so, what is it worth?

| | APPROXIMATE VALUE | DESCRIPTION & AMOUNT OWED |
|---|---|---|
| Home | $ | |
| Car/Truck/Vehicle | $ | |
| Boat | $ | |
| Stocks/bonds | $ 30,000 | |
| Other property | $ | |

**CASH & BANK ACCOUNTS**
- Do you have any cash, or money in savings or checking accounts? ☐ Yes ☑ No
- IF YES, give the total approximate amount after monthly expenses $ _____

**OBLIGATIONS, EXPENSES, & DEBTS**

How many people do you financially support? _____

| BILLS & DEBTS | MONTHLY EXPENSE | TOTAL DEBT |
|---|---|---|
| Housing | $ | $ |
| Groceries | $ 400 | $ |
| Medical expenses | $ | $ |
| Utilities | $ 400 | $ |
| Credit cards | $ | $ |
| Car/Truck/Vehicle | $ | $ |
| Childcare | $ | $ |
| Child support | $ | $ |
| Insurance | $ 50 | $ |
| Loans | $ | $ 50,000 |
| Fines | $ | $ |
| Other | $ 90 | $ |

I certify under penalty of perjury that the foregoing is true and correct.

Signature: [signed] Eric P.
Date: 1/23/25

SIGNATURE OF DEFENDANT (OR PERSON SEEKING REPRESENTATION)